*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 30, 2015          519643/519645
                                             519796/519797
                                             519961/519970
                                             519982

_____

In the Matter of the Claim of
    ANDREW C. STEVENS,
                    Respondent.

GANNETT COMPANY INC.,
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.

(Claim No. 1.)
_____

In the Matter of the Claim of
    RYAN S. PLOUFFE,
                    Respondent.
                                        MEMORANDUM AND ORDER
GANNETT COMPANY INC.,
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.

(Claim No. 2.)
_____

In the Matter of the Claim of
    MICHELLE L. TOMPKINS,
                    Respondent.

GANNETT COMPANY INC.,
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.

(Claim No. 3.)

_____

In the Matter of the Claim of
    MAUDESTINE HART,
                    Respondent.

GANNETT COMPANY INC.,
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.

(Claim No. 4.)
_____

In the Matter of the Claim of
    JASON A. CRAWFORD,
                    Respondent.

GANNETT COMPANY INC.,
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.

(Claim No. 5.)
_____

In the Matter of the Claim of
    CHRISTIAN P. WIEDEMANN,
                    Respondent.

GANNETT COMPANY INC.,
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.

(Claim No. 6.)

_____

In the Matter of the Claim of
    RHONDA M. LYNCH,
                    Respondent.

GANNETT COMPANY INC.,
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.

(Claim No. 7.)
_____


Calendar Date:   June 1, 2015

Before:  Lahtinen, J.P., Lynch, Devine and Clark, JJ.

                   _____


        Bond Schoeneck & King, PLLC, Syracuse (Peter A. Jones of
counsel) and The Zinser Law Firm, PC, Nashville, Tennessee (L.
Michael Zinser admitted pro hac vice), for appellant.

        James W. Cooper, Warrensburg, for Andrew C. Stevens and
others, respondents.

        Satterlee Stephens Burke & Burke, LLP, New York City (Mark
A. Fowler of counsel), for New York News Publishers Association,
amicus curiae.

                   _____

Devine, J.

Appeals from 14 decisions of the Unemployment Insurance Appeal Board, filed December 19, 2013, December 24, 2013, December 30, 2013, January 10, 2014 and January 14, 2014, which ruled, among other things, that Gannett Company Inc. is liable for additional unemployment insurance contributions on remuneration paid to claimants and others similarly situated.

The present appeals bear a striking similarity to prior ones in which we found substantial evidence to support decisions of the Unemployment Insurance Appeal Board holding that claimants who contracted with Gannett Company Inc. or Gannett Satellite Information Network, Inc. to deliver newspapers and other publications were employees of those entities (see Matter of Travis [Gannett Satellite Info. Network, Inc.–Commissioner of Labor], 127 AD3d 1349, 1349 [2015]; Matter of Gager [Gannett Satellite Info. Network, Inc.–Commissioner of Labor], 127 AD3d 1348, 1348-1349 [2015]; Matter of Hunter [Gannett Co., Inc.–Commissioner of Labor], 125 AD3d 1166, 1167-1168 [2015]; Matter of Armison [Gannett Co., Inc.–Commissioner of Labor], 122 AD3d 1101, 1102-1103 [2014], lv dismissed 24 NY3d 1209 [2015]). Suffice it to say, we perceive no factual distinctions that would warrant a different result in the appeals now before us. Gannett's remaining arguments have been examined and are wholly without merit.

Lahtinen, J.P., Lynch and Clark, JJ., concur.

-5-                          519643/519645
                             519796/519797
                             519961/519970
                             519982

ORDERED that the decisions are affirmed, without costs.




              ENTER:

              Robert D. Mayberger
              Clerk of the Court